UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Ft. Lauderdale)

CASE NO. 0:16-cv-61994-O'SULLIVAN

GARY KAHN,

    Plaintiff,

vs.

CLEVELAND CLINIC FLORIDA
HEALTH SYSTEM NONPROFIT CORPORATION
d/b/a Cleveland Clinic Hospital,

    Defendant.
_____/

## DEFENDANT'S EXHIBIT LIST

Defendant, Cleveland Clinic Florida Health System Nonprofit Corporation d/b/a Cleveland Clinic Hospital, by and through undersigned counsel, pursuant to the Court's Order Setting Pretrial Conference and Trial Date (DE 38), hereby submits its exhibit list for trial. By listing any document in the Exhibit List, Defendant does not waive its right to object to the use of any the foregoing exhibits at trial by Plaintiff for all or some purposes or to withdraw any of these exhibits. Defendant reserves the right to use additional exhibits for impeachment, to rebut testimony by Plaintiff's witnesses, to use demonstrative exhibits, illustrative aides or enlargements, summary exhibits, excerpts of treaties and textbooks, or any exhibits listed by Plaintiff (without agreeing that such exhibits are admissible) or any other exhibits as permitted by leave of the Court. Defendant reserves the right to amend its Exhibit List at any time before trial.

Respectfully submitted,

GREENBERG TRAURIG, P.A.
*Attorney for Defendant*
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0519
Facsimile:  (305) 579-0717

By:     /s/ Ronald M. Rosengarten
        RONALD M. ROSENGARTEN
        Florida Bar No. 387540
        rosengartenr@gtlaw.com
        ROBERT S. GALBO
        Florida Bar No. 106937
        galbor@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2017 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

          /s/ Ronald M. Rosengarten
          RONALD M. ROSENGARTEN

## SERVICE LIST

*Gary Kahn v. Cleveland Clinic Florida Health System Nonprofit Corporation d/b/a Cleveland Clinic Hospital*
Case No.:  0:16-cv-61994-O'SULLIVAN
United States District Court, Southern District of Florida

| | |
|---|---|
| Gary E. Susser, Esq.<br>Gregory Steven Sconzo, Esq.<br>LAW OFFICE OF GARY E. SUSSER, P.A<br>2755 S. Federal Highway, Suite 13<br>Boynton Beach, Florida 33435<br>Primary: gary@susserlaw.com<br>          sconzolaw@gmail.com<br>Secondary: lydia@susserlaw.com<br>Service: courtdocs@susserlaw.com<br><br>*Counsel for Plaintiff* | Steven M. Goldsmith, Esq.<br>STEVEN M. GOLDSMITH, P.A.<br>5355 Town Center Road<br>The Plaza, Suite 801<br>Boca Raton, Florida 33486<br>Primary: steve.goldsmith@sgoldsmithlaw.com<br><br>*Co-Counsel for Plaintiff* |

| **PRESIDING JUDGE** | **PLAINTIFF'S ATTORNEYS** | **DEFENDANTS' ATTORNEYS** |
|---|---|---|
| Judge John J. O'Sullivan | Gary E. Susser, Esq.<br>Gregory S. Sconzo, Esq.<br>Gary Susser, P.A.<br>2755 S. Federal Hwy., #13<br>Boynton Beach, FL 33435<br><br>Steven M. Goldsmith, Esq.<br>Steven M. Goldsmith, P.A.<br>5355 Town Center Road<br>The Plaza, Suite 801<br>Boca Raton, FL 33486 | Ronald M. Rosengarten, Esq.<br>Robert S. Galbo, Esq.<br>Greenberg Traurig, P.A.<br>333 SE 2d Avenue<br>Miami, Florida 33131 |
| **TRIAL DATE(S)** | **COURT REPORTER** | **JUDICIAL ASSISTANT** |
| Docket commencing January 8, 2018 through January 19, 2018 | | |

4

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | PL'S. OBJECTION[1] | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | Complaint (DE 1) |
| | | | | | Amended Complaint (DE 14) |
| | | | | | Second Amended Complaint (DE 47) |
| | | | | | Defendant's Answer and Affirmative Defenses to Amended Complaint (DE 17) |
| | | | | | Defendant's Answer and Affirmative Defenses to Second Amended Complaint (DE 49) and the Ninth Affirmative Defense (DE 73) |
| | | | | | Defendant's Amended Answers to Plaintiff's First Set of Interrogatories |
| | | | | | US Access Board's Guidance on Clear Floor or Ground Space and Turning Space (Depo Ex. 4) |
| | | | | | Cleveland Clinic's Policy for Handling of Clean and Soiled Linen (KAHN_CCF000014-15) |
| | | | | | Gary Kahn MRI Informed Consent Forms (Depo Ex. 7) |
| | | | | | Cleveland Clinic Summary of fall (KAHN_CCF 000019-22) |
| | | | | | Cleveland Clinic Outpatient Forms for Gary Kahn (KAHN_CCF000023-28) |

---

[1]   Objections to proposed exhibits utilize codes as provided in S.D. Fla. L.R. 16.1 E.9:

   A  -  Authenticity
   I   -  Contains inadmissible matter
   R  -  Relevancy
   H  -  Hearsay
   UP - Unduly prejudicial (probative value outweighed by undue prejudice)
   P  -  Privileged
   INC – Incomplete or redacted document.

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | PL'S. OBJECTION[1] | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | Environmental Services Restroom Cleaning Standard Operating Procedures (KAHN_CCF 000006-8) |
| | | | | | Neurological Examination of Gary Kahn by Dr. Lazlo Mate (Depo. Exs. 12-13) |
| | | | | | Delray Medical Center Consultation Report of Gary Kahn by Dr. Oscar Farronay on January 22, 2014 (Depo. Ex. 14) |
| | | | | | Delray Medical Center Consultation Report of Gary Kahn by Dr. Jeffrey Farber on January 22, 2014 (Depo. Ex. 14) |
| | | | | | Delray Medical Center Discharge Summary of Gary Kahn (Depo. Ex. 15) |
| | | | | | Medical Specialists of the Palm Beaches, Inc. Medical Record of Gary Kahn (Depo. Ex. 16) |
| | | | | | JFK Emergency Dept. Exam of Gary Kahn (Depo. Ex. 17) |
| | | | | | Plaintiff's Verified Answers to Defendant's First Set of Interrogatories |
| | | | | | MCCI Lake Worth Medical File re Patient Gary Kahn dated July 26, 2017 (Depo. Ex. 32) |
| | | | | | Cleveland Clinic Visit Notes from 6/18/2015 (Depo. Ex. 22) |
| | | | | | Picture of Restroom at Cleveland Clinic staged by Defendant's counsel (Depo. Ex. 23) |
| | | | | | Drawing of Bathroom Purportedly Drawn by Laurie Denis (Depo. Ex. 24) |
| | | | | | Cleveland Clinic Records of Patient Gary Kahn (Depo. Ex. 26) |
| | | | | | JFK Emergency Dept. Report from July 12, 2015 (Depo. Ex. 27) |
| | | | | | JFK Emergency Dept. Report from July 13, 2015 (Depo. Ex. 28) |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | PL'S. OBJECTION[1] | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | MCCI Lake Worth Medical File of Patient Gary Kahn dated March 27, 2017 (Depo. Ex. 33) |
| | | | | | MCCI Lake Worth Medical File of Patient Gary Kahn dated June 30, 2017 (Depo. Ex. 34) |
| | | | | | MCCI Lake Worth Medical File of Gary Kahn dated November 6, 2017 (Depo. Ex. 35) |
| | | | | | Cleveland Clinic's Environmental Services Biomedical Waste Training PowerPoint (Depo. Ex. 44) |
| | | | | | Aramark Sign in Forms dated July 10, 2015 (KAHN_CCF000052-54) |
| | | | | | Restroom Quality Assurance Inspection (Depo. Ex. 47) |
| | | | | | Picture of Bathroom with Bins Taken by Plaintiff's Expert (Depo. Ex. 49) |
| | | | | | Cleveland Clinic Main Lobby, Lab, Sleep Rooms and Radiology Form (Depo. Ex. 53) |
| | | | | | Picture of Restroom at Cleveland Clinic staged by Defendant's counsel (Depo. Ex. 55) |
| | | | | | The ADA Checklist for Existing Facilities (Depo. Ex. 57) |
| | | | | | Kahn Records from Signature Health |
| | | | | | Kahn physical therapy records |
| | | | | | Defendant's Answers to Plaintiff's Affirmative Defense Interrogatories |
| | | | | | Environment of Care Leader Document (Depo. Ex. 61) |
| | | | | | Infection Control and Linen Handling Procedures (Depo. Ex. 62) |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | PL'S. OBJECTION[1] | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | CDC Guidelines for Environmental Infection Control in Health-Care Facilities (Depo. Ex. 63) |
| | | | | | 1991 and 2010 ADAAG Standards |
| | | | | | Defendant's Expert Disclosure and Reports of Jeffery Gross |
| | | | | | Plaintiff's Expert Disclosures and Reports of William Norkunas |
| | | | | | Common ADA Errors and Omissions in New Construction and Alterations (Depo. Ex. 67) |
| | | | | | Screen shot of Aramark Records for Luz Warford for July 5, 2015 through July 11, 2015 (KAHN_CCF 000060) |
| | | | | | Jonathan Harris, M.D., Compulsory Medical Examination Report and Kahn Timeline/Record Review for CME Report |
| | | | | | JFK Records of hospital stay of Plaintiff in Sept. 2017. |
| | | | | | Any and all documents relied upon by Plaintiff's expert, William Norkunas, which are not objected to by Defendant or which is introduced over Defendant's objections. |
| | | | | | Any and all documents relied upon by Defendant's expert, Jeffery Gross |
| | | | | | Any and all documents relied upon by Jonathan Harris |
| | | | | | Photographs of the subject bathroom and other relevant areas of the Cleveland Clinic Hospital |
| | | | | | Demonstrative Exhibits |
| | | | | | Illustrative Aids |
| | | | | | Any and all documents listed on Plaintiff's trial exhibit list which are not objected to by Defendant or which are introduced over Defendant's objections. |

| DEF NO. | DATE OFFERED | MARKED | ADMITTED | PL'S. OBJECTION[1] | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | Any and all documents or evidence used for impeachment or rebuttal. |
| | | | | | All documents marked as exhibits at deposition |